# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 10, 2009**

Ms. LaKeysha N. Greer
Cosmich & Simmons, PLLC
Post Office Box 22626
Jackson, MS 39225-2626


      Re:     *Massey v. Wyeth, et al*, 4:03-CV-00712-WRW
                 Motions for Extension of Time

Dear Counsel:

The deadline to comply with the July 13, 2009, Order,[1] was today, August 10, 2009.  You have, today, August 10, 2009, filed a motion for an extension.

Why did you wait to the deadline date to file a motion for extension?

Please file a response to this letter by way of an addendum to your motion by 5 p.m., tomorrow, August 11, 2009.

                    Cordially,

                    /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:     Other Counsel of Record

---

[1]See *In re Prempro*, 4:03-CV-01507-WRW, Doc. No. 2104.